*Richard K. Greenalch, Jr.*, special deputy assistant state's attorney, in opposition.

Decided January 14, 2010

STATE OF CONNECTICUT *v.* MICHAEL DALY

The defendant's petition for certification for appeal from the Appellate Court (AC 30518) is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Deborah G. Stevenson*, special public defender, in support of the petition.

*James M. Ralls*, senior assistant state's attorney, in opposition.

Decided January 14, 2010

STATE OF CONNECTICUT *v.* ULISES COLLAZO

The defendant's petition for certification for appeal from the Appellate Court, 115 Conn. App. 752 (AC 28878), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*James B. Streeto*, assistant public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided January 19, 2010